BALDWIN ENTERPRISES, INC. v. TOWN OF
WARWICK, ETC., ET AL.

October 11, 1988.

Petition for certification denied.   (See 226 *N.J.Super.* 549)

CAROLYN A. OLIVER v. BUREAU OF ROOMING AND
BOARDING HOUSE STANDARDS, ET AL.

October 11, 1988.

Petition for certification denied.

J. BARBARA LOWDEN v. MARY LA ROCCA.

October 11, 1988.

Petition for certification denied.

NEW JERSEY ASSOCIATION OF TICKET BROKERS, ET AL. v.
TICKETRON, A DIVISION OF CONTROL DATA
CORP., ETC., ET AL.

October 11, 1988.

Petition for certification denied.   (See 226 *N.J.Super.* 155)